| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Gibson, Kim R | 2. Court or Organization  U.S. District Court, PA | 3. Date of Report  4/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (active) | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial ● Annual ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  104 Penn Traffic Building  319 Washington Street  Johnstown, PA 15901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-chairman | Flight 93 Memorial Task Force |
| 2. Executor | Estate ███████████████████ |
| 3. | |
| 4. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1978 | Somerset County Employees Retirement Plan - pension received each month beginning in 2001. |
| 2. 1998 | Pennsylvania State Employees Retirement Plan - pension received each month beginning in 2003; also medical insurance is provided under the plan. |
| 3. 1996 | United States Army Reserves Retirement - pension to be received upon reaching 60 years of age. |

RECEIVED 2004 APR 12 A 10: FINANCIAL DISCLOSURE O

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gibson, Kim R | 4/7/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ *NONE* - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Somerset County Employees Retirement Plan (county pension). | $12,060.06 |
| 2. | 2003 | Pennsylvania State Employees Retirement Plan (state pension). | $3,386.37 |
| 3. | 2003 | Administrative Office of Pennsylvania Courts (state judge salary) - this salary ended when I became a U.S. District Judge on October 20, 2003. | $95,581.31 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ *NONE* - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ *NONE* - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | — |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. MBNA | Credit Card | L |
| 2. USAA | Credit Card | J |
| 3. Mellon | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. First National Bank - Accounts | A | int. | K | T | | | | | |
| 2. Somerset Trust Company | A | int./div. | L | T | | | | | See note 1) in Part VIII |
| 3. Nationwide Retirement Solutions | | | | | | | | | See note 2) in Part VIII |
| 4. Commonwealth of PA State Employees Retirement | B | int. | L | T | Transferred | 12/1 | L | | See note 3) in Part VIII |
| 5. USAA Aggressive Growth Fund | A | int./div. | J | T | | | | | |
| 6. USAA Emerging Markets Fund | A | int./div. | J | T | | | | | |
| 7. USAA International Fund | A | int./div. | K | T | | | | | |
| 8. USAA Science & Technology Fund | A | int./div. | J | T | | | | | |
| 9. USAA First Start Fund | A | int./div. | J | T | | | | | |
| 10. USAA Income Fund | A | int. | K | T | | | | | |
| 11. USAA Intermediate - Term Bond Fund | A | int. | J | T | | | | | |
| 12. USAA S & P 500 Index Fund | A | int./div. | J | T | | | | | |
| 13. USAA Small Cap Stock Fund | A | int./div. | J | T | | | | | |
| 14. Fidelity Equity Income Fund | A | int./div. | J | T | | | | | |
| 15. Nationwide Fixed Account | A | int./div. | K | T | | | | | |
| 16. Fidelity Magellan Fund | A | int./div. | K | T | | | | | |
| 17. American Century Ultra Fund | A | int./div. | K | T | | | | | |
| 18. Templeton Foreign Fund, Class A | A | int./div. | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Nationwide Life Insurance - Universal Life | A | int./div. | J | T | | | | | See note 4) in Part VIII |
| 20. AAFMAA Life Insurance - Whole Life | A | int./div. | K | T | | | | | See note 4) in Part VIII |
| 21. Prudential Life Insurance - Whole Life | A | int./div. | J | T | | | | | See note 4) in Part VIII |
| 22. Real Estate - Residential Lot - Somerset, PA | | None | K | R | | | | | |
| 23. Federated GNMA Trust #16 | A | div. | J | T | | | | | |
| 24. Federated Stock Trust #19 | A | div. | J | T | | | | | |
| 25. Federated Growth Fund #48 | | None | J | T | | | | | |
| 26. Federated Kaufman Class A Fund #66 | | None | J | T | | | | | |
| 27. Federated Equity FDS Comm Tech Cl. A #965 | | None | J | T | | | | | |
| 28. Fed Int. Capital Appreciation Fund #863 | | None | J | T | | | | | |
| 29. Prime Obligations Fund Principal #10 | A | int. | J | T | | | | | |
| 30. Federated Large Cap Growth Fund #322 | | None | J | T | | | | | |
| 31. Transamerica Fincl. Corp. Debs Zero Cpn due 9/1/07 | | None | J | T | | | | | |
| 32. Somerset Trust Company - Accounts | A | int. | J | T | | | | | |
| 33. Estate of Eleanor M. Gibson | | | | | | | | | See note 5) in Part VIII |
| 34. -Somerset Trust Company - Account | A | int. | F | T | | | | | |
| 35. -Merrill Lynch - Accounts | B | int. | K | T | | | | | |
| 36. -GNM | A | int. | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2.501-$5.000 | D = $5.001-$15.000 | E = $15,001-$50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.   -GM Bonds | B | int. | K | T | | | | | |
| 38.   -Duke Energy Bonds | B | int. | K | T | | | | | |
| 39.   -Capstead Mortgage | B | int. | J | T | | | | | |
| 40.   -N Star | A | int./div. | J | T | | | | | |
| 41.   -PPL Corp | A | int./div. | K | T | | | | | |
| 42.   -Pub Svc Enterprise Grp. | B | int./div. | K | T | | | | | |
| 43.   -Wachovia Corp. | C | int./div. | G | T | | | | | |
| 44.   -Real Estate - Residential - Somerset, PA | | None | G | T | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1) Part VII, page 1, line 2 - In the previous report filed in May, 2003 these accounts and retirement accounts were reported under the single designation of Somerset Trust Company without enumerating each individual fund. The individual funds are set forth in Part VII, page 2, lines 22, 23, 24, 25, 26, 27, 28, 29, 30, 31 and 32.

2) Part VII, page 1, line 3 - In the previous report filed in May, 2003 this retirement account was reported in its entire amount under the single designation of Nationwide Retirement Solutions without enumerating each individual fund. The individual funds are set forth in Part VII, page 1, lines 14, 15, 16, 17 and 18.

3) Part VII, page 1, line 4 - After terminating employment as a state court judge, my pension account was transferred to my rollover IRA with USAA (see Part VII, page 1, lines 6, 7, 10, 11, 12 and 13 for the funds into which the pension was transferred).

4) Part VII, pages 1 and 2, lines 19, 20 and 21 - These three entries were inadvertently omitted in the May 2003 report.

5) Part VII, page 2, line 33 - I became executor of this estate in October 2003. I am also one of three residuary heirs. The assets of the estate are set forth on pages 2, 3, lines 34, 35, 36, 37, 38, 39, 40, 41, 42, 43 and 44.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gibson, Kim R | 4/7/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date __April 7, 2004__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544